

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2014

No. 04-14-00718-CV

**IN RE** Leticia R. **BENAVIDES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                 Sandee Bryan Marion, Justice
                 Marialyn Barnard, Justice

On October 16, 2014, relator filed a petition for writ of mandamus and an emergency motion for stay of a December trial setting in the underlying divorce proceeding. On October 17, this court requested a response to the petition for writ of mandamus. On October 31, the real parties in interest filed an opposed motion for extension of time to file a response.

The real parties' motion for extension of time is GRANTED. Any response to the petition for writ of mandamus in this original proceeding is due by November 7, 2014.

In addition, relator's emergency motion for stay is GRANTED. All proceedings in Cause No. 2012CVG001995-C3, styled *In the Matter of the Marriage of Carlos Y. Benavides, Jr. and Leticia R. Benavides*, pending in County Court at Law No. 2, Webb County, Texas, are TEMPORARILY STAYED pending further order of this court.

It is so **ORDERED** on November 3rd, 2014.                 PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2012CVG001995-C3, styled *In the Matter of the Marriage of Carlos Y. Benavides Jr. and Leticia R. Benavides*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.